UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Mary Hyer-Huntington<br>Attorney at Law, Bar No. 2059 | Case No. 2:23-ms-00045-MMD<br><br>ORDER OF SUSPENSION |

On October 11, 2023, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 14, 2023. (ECF Nos. 1, 3.) The OSC provided Ms. Hyer with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Mary Hyer-Huntington. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Mary Hyer-Huntington, Bar No. 2059, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 12th Day of December 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 13th day of December 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Mary Hyer-Huntington
> 787 Porto Mio Way
> Las Vegas, NV 89138

Certified Mail No.: 7020 3160 0000 7420 4644

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada